# United States District Court
# For The Western District of North Carolina
# Asheville Division

EARL SPENCER BOYCE,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CIVIL CASE NO. 1:08cv535
[Criminal Case No. 1:06cr20-1]

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/24/2011 Memorandum of Decision And Order.

Signed: August 24, 2011

Frank G. Johns, Clerk
United States District Court