# United States District Court
# For The Western District of North Carolina
# Asheville Division

| | |
|---|---|
| EARL SPENCER BOYCE, | |
| Petitioner, | AMENDED JUDGMENT IN A CIVIL CASE |
| vs. | CIVIL CASE NO. 1:08cv535 [Criminal Case No. 1:06cr20-1] |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Amended Judgment is hereby entered in accordance with the Court's 8/26/2011 Corrected Memorandum of Decision and Order.

Signed: August 26, 2011

Frank G. Johns, Clerk
United States District Court